IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

**FILED**

SEP 0 5 2017

Clerk, U.S. District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 17-52-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CATHERINE MABEL BROCK, | |
| Defendant. | |

Upon the Defendant's Motion to file Document Under Seal (Doc. 22), and for good cause being shown,

IT IS HEREBY ORDERED that Defendant's Psychological Evaluation is filed under seal.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 5th day of September, 2017.

SUSAN P. WATTERS
United States District Judge