**FILED**

OCT 17 2017

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-52-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| CATHERINE MABEL BROCK, | |
| Defendant. | |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that sentencing currently scheduled for Wednesday, October 18, 2017 at 9:30 a.m., is **VACATED** and reset to commence on **Tuesday, October 24, 2017 at 9:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 17th day of October, 2017.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1